# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:02CR164** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **YAMIL RIVERA-KADER,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Kristina B. Murphree to withdraw as CJA court-appointed counsel for the defendant, Yamil Rivera-Kader (Rivera-Kader) (Filing No. 443). Since retained counsel, James Martin Davis, has entered an appearance for Rivera-Kader (Filing No. 441), Ms. Murphree's motion to withdraw (Filing No. 443) is granted. Withdrawing counsel shall submit her CJA 20 voucher to the Office of the Federal Public Defender within forty-five (30) days of this order.

Ms. Murphree shall forthwith provide Mr. Davis with the discovery materials provided the defendant by the government and such other materials obtained by Ms. Murphree which are material to Rivera-Kader's defense.

The clerk shall provide a copy of this order to the Office of the Federal Public Defender.

**IT IS SO ORDERED.**

DATED this 21st day of September, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge