# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:02CR164** |
| **vs.** ) | |
| ) | **ORDER** |
| **YAMIL RIVERA-KADER,** ) | |
| ) | |
| **Defendant.** ) | |

**IT IS ORDERED** that defendant's Motion to Continue Trial (#447) is held in abeyance pending defendant's compliance with NECrimR 12.1. Defendant shall file the required waiver before the close of business on **October 28, 2005**.

**DATED October 19, 2005.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge