# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 8:02CR164 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| YAMIL RIVERA-KADER, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the motion to withdraw (Filing No. 477) filed by defense counsel James Martin Davis.

In light of the entry of appearance filed by Carlos Monzon (Filing No. 479), the motion is moot.

IT IS ORDERED that the motion to withdraw (Filing No. 477) filed by defense counsel James Martin Davis is denied as moot.

DATED this 30th day of March, 2006.

BY THE COURT:

S/ Laurie Smith Camp
United States District Judge