# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:02CR164 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| YAMIL RIVERA-KADER, | ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on the Defendant's motion to file under seal a memorandum brief in support of the Defendant's motion for deviation (Filing No. 510).

IT IS ORDERED:

1. The Defendant's motion to seal (Filing No. 510) is granted; and

2. The memorandum brief in support of the motion for deviation shall be filed under seal.

DATED this 21st day of September, 2006.

BY THE COURT:

S/ Laurie Smith Camp
United States District Judge