IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:02CR164 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| YAMIL RIVERA-KADER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant's Motion to Modify Conditions of Release (Filing No. 654) requesting that he be allowed to travel to Mexico to visit his family. The Court has consulted with his Probation Officer. The Court will deny the Defendant's motion without prejudice and advises the Defendant to resubmit future requests through his designated Probation Officer after the Defendant has completed no less than 60 days of his term of supervised release.

IT IS ORDERED that the Defendant's Motion to Modify Conditions of Release (Filing No. 654) is denied.

Dated this 20th day of May, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge